UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

·FILED

· 2009 NOV -6 I P 3: 02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

EDDIE JAMES MURPHY,

       Petitioner,

vs.                            Case No. 3:09-cv-450-J-20HTS

WALTER MCNEIL, et al.,

       Respondents.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before a second or successive habeas corpus application is filed in this Court, Petitioner must ask the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider his application. See 28 U.S.C. §2244(b)(3)(A). This Court takes judicial notice of Petitioner's previous filing in this Court: Case No. 3:03-cv-725-J-25MCR. For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for filing a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d).

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.   This case is hereby **DISMISSED** without prejudice.

2.   The Clerk of the Court shall enter judgment accordingly.

3.   The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _4th_ day of
November, 2009.

_____
UNITED STATES DISTRICT JUDGE

sc 11/2
c:
Eddie James Murphy